No. 86. FRANK ROSSI ET AL. *v.* UNITED STATES. Error to the District Court of the United States for the Western District of Washington. Motion to transfer cause submitted October 4, 1926. Decided October 11, 1926. *Per Curiam.* This case, the judgments of the District Court in which were entered December 15 and 26, 1924, is transferred to the Circuit Court of Appeals for the Ninth Circuit in accordance with the Act of September 14, 1922, c. 305, 42 Stat. 837, construed as effective as to these judgments by § 14 of the Act of February 13, 1925, c. 229, 43 Stat. 942. *Heitler* v. *United States,* 260 U. S. 438, 439, 440; *Pothier* v. *Rodman,* 261 U. S. 307, 312; *Hoffman* v. *McClelland,* 264 U. S. 552, 555. *Solicitor General Mitchell,* with whom *Assistant Attorney General Willebrandt* and *Mr. John J. Byrne* were on the brief, for the United States, in support of the motion. *Mr. Abner E. Ferguson* for plaintiff in error, in opposition thereto.